UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ERNEST C. SMALLWOOD, JR., ET AL., )<br>)<br>Plaintiffs,   )<br>)<br>VS.   )<br>)<br>WILLOW WAY, LLC, ET AL.,   )<br>)<br>Defendants.   ) | CIVIL ACTION NO.<br><br>3:17-CV-0242-G (BN) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the amended findings and recommendation of the United States Magistrate Judge dated March 7, 2017, the court finds that the findings and recommendation of the magistrate judge are correct and they are accepted as the findings and recommendation of the court.

It is therefore **ORDERED** that the findings and recommendation of the United States Magistrate Judge are accepted.

March 28, 2017.

*(signature)*
**A. JOE FISH**
**Senior United States District Judge**