IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ERNEST C. SMALLWOOD, JR., ET AL., ) <br> ) <br> Plaintiffs, ) <br> ) <br> V. ) <br> ) <br> WILLOW WAY, LLC, ET AL., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br><br> 3:17-CV-0242-G (BN) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge dated January 29, 2019, the court finds that the findings and recommendation of the magistrate judge are correct and they are accepted as the findings and recommendation of the court.

It is therefore **ORDERED** that the findings and recommendation of the United States Magistrate Judge are accepted.

The court hereby **GRANTS** Bank of America's motion for summary judgment (docket entry 78), **GRANTS** Willow Way's motion for summary judgment (docket entry 81), **DENIES** plaintiffs' motion for summary judgment (docket entry 84), and **DISMISSES** plaintiffs' remaining statute of limitations claim against defendants Bank of America N.A. and Willow Way, LLC with prejudice.

**SO ORDERED**.

February 20, 2019.

_____
**A. JOE FISH**
**Senior United States District Judge**